No. 392. ARKO MINING CO. *v.* ICKES, SECRETARY OF THE INTERIOR. October 22, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Clyde L. Rogers* for petitioner. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Mr. Aubrey Lawrence* for respondent.

No. 402. HOUGHTON ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 403. HOUGHTON *v.* SAME; and
No. 404. HOUGHTON ET AL. *v.* SAME. October 22, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Angulo, Russell L. Bradford,* and *George H. Craven* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 405. CORNING TRUST CO., EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Angulo, Russell L. Bradford,* and *George H. Craven* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.